UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | CV 19-2607 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KYU CHANG LEE and CHRISTOPHER LEE, | |
| Defendants. | |

Pursuant to the Court's July 17, 2019 Minute Order dismissing this action for failure to comply with the requirements of Federal Rule of Civil Procedure 4(m),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  July 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE